Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, Plaintiff, | NO.: CR09-5351RJB |
|---|---|
| v. | **ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING** |
| ADAM CROMIE, Defendant. | |

THIS MATTER having come on regularly before the above-entitled Court upon the motion of the Defendant, Adam Cromie, and the Court having reviewed the declaration in support of said motion and otherwise being fully advised in the premises, now, therefore, it is hereby,

ORDERED that the Defendant's sentencing be continued to January 8, 2010 at 10:00 AM.

DATED this 29th day of September, 2009.

_____
ROBERT J. BRYAN
United States District Judge

ORDER GRANTING MOTION FOR CONTINUANCE OF
SENTENCING - 1

Charles A. Johnston
Attorney at Law
202 East 34th Street
Tacoma, WA  98404
Tel.: (253) 473-3090

Presented By:

/s/ Charles A. Johnston
_____
CHARLES A. JOHNSTON, WSBA# 9058
Attorney for Defendant, Adam Cromie

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, I electronically filed the foregoing Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each participant in this case and a copy was mailed to the Defendant via the U.S. Postal Service and a copy emailed to the Judge Bryan.

DATED this 22nd day of September, 2009.

/s/Kim Kohn
_____
Kim Kohn, Legal Assistant

ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING - 2

Charles A. Johnston
Attorney at Law
202 East 34th Street
Tacoma, WA 98404
Tel.: (253) 473-3090